# Notice Recipients

District/Off: 0752−1         User: ckeith              Date Created: 3/9/2010
Case: 10−09753              Form ID: b9a              Total: 14

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| db | Eugene L Owens | 7443 Washington Street, Unit 508 | Forest Park, IL 60130−1527 | |
| tr | David R Herzog | Herzog &Schwartz PC | 77 W Washington Suite 1717 | Chicago, IL 60602 |
| aty | Peter L Berk | Law Office of Peter L. Berk | 79 West Monroe   Suite 900 | Chicago, IL 60603 |
| 15219695 | Bank Of America | Po Box 17054 | Wilmington, DE 19850 | |
| 15219697 | Carson Pirie Scott | HSBC Retail Services   PO Box 17602 | Baltimore, MD 21297−1602 | |
| 15219696 | Carson Pirie Scott | P.O. Box 17633 | Baltimore, MD 21297−1633 | |
| 15219698 | Chase | Po Box 15298 | Wilmington, DE 19850 | |
| 15219699 | Chase − Cc | Attention: Bankruptcy Department   Po Box 15298 | Wilmington, DE 19850 | |
| 15219700 | Citibank | Attn: Centralized Bankruptcy   Po Box 20507 | Kansas City, MO 64195 | |
| 15219701 | Citibank Na | Attn.: Centralized Bankruptcy   Po Box 20507 | Kansas City, MO 64195 | |
| 15219702 | Citibank Sd, Na | Po Box 6500 | Sioux Falls, SD 57117 | |
| 15219703 | Citimortgage Inc | Po Box 9438 | Gaithersburg, MD 20898 | |
| 15219704 | Gemb/care Credit | Po Box 981439 | El Paso, TX 79998 | |
| 15219705 | Gemb/jcp | Attention: Bankruptcy   Po Box 103104 | Roswell, GA 30076 | |

TOTAL: 14